In the United States District Court
For the Middle District
of
Pennsylvania

Joshua T Hampton
　　　　Plaintiff,
v.
Warden David Ebbert,
el, al. Defendants

Civil Action no: 1:19-CV-751
Federal Civil Rights Complaint
(Bivens) and Supplement Complaint

FILED
SCRANTON
JUL 19 2019
PER _____
DEPUTY CLERK

Plaintiff

Ask the Clerk of Court, To send Plaintiff one copy of the complaint w/ corrections and Amendments made to Claimant's 18 U.S.C 4042 complaint Along w/ all Exibits, Photos and medical records... So claimant.. Can better track case... and also better inform Atty. Which Claimant is seeking At this Time...

Plaintiff, also expresses at this time to the court... That Plaintiff suffers from A.D.D.H.D, has only a G.E.D. and is currently suffering from (Extream head aches) loss of sleep... Currently on meds: Propranolol, to help control migraine head aches... Also severe itching caused by Extremly High Thyrod activity which is not currently being treated by medical here at F.C.I Jesup. G.A. 31599. Claimant states: I am doing the very best, that I can do for a Person in my Position.... Thank you for your time...

# PARTIES

**Plaintiff:** Joshua T Hampton, was at all times relevant to this action a prisoner incarcerated at U.S.P. Lewisburg which is located in the State of P.a town of Lewisburg 17837

**Defendant:** David Ebbert, Warden of U.S.P. Lewisburg. By statue the warden is responsible for ensuring the safety and well-being of prisoners under his supervision. Along w/ Athority over all activet's conducted by C.M.S. Staff dealing w/ work orders and any and all building job orders. Also all money/s spent on hard woods such as: Walnut, Oak, Maple, Birch and Pine... Along w/ holding any and all Permits or License... dealing w/all state and federal Clean Air Act... When conducting or useing Chemicals which are sprayed into the air... Such as..(Min Wax oil Base Polyurethan)

1

# PARTIES

Defendant: Mr. Hicks of Saftey of U.S.P. Lewisburg responsible for ensuring the Safety and well-being of prisoners at U.S.P Lewisburg... Along w/ responsiblity of all chemicals and the way they are applied along w/ the applicator used in the application of all and any Harmful...Chemicals such as the application of Minwax oil Base Polyurethan... or the missuse of such Chemicals. Defendant Mr. Hicks is also responsible... For keeping Log Books on any and all inmates who are approved to work in side Spray Booths or Spray-Rooms... Also have records of inmates who have been approved by Medical Staff... for Respirator useage ... Mr. Hicks is also responsible for conducting in house inspections of all Chemical lockers and Chemical-Hazardous Communication Charts which are attached to the out side of the Hazardous Chemical Lockers.. Along w/ log Books of Maintenance of all Respirators.. And to Report Any OSHA, EPA, violations to Warden....

2

# PARTIES

Defendant: Mr. Drick of Safety... His responsiblitys are, ensuring the safety and well-being of prisoners at U.S.P. Lewisburg. Also the responsiblity of all Chemicals issued to staff and inmates at U.S.P Lew. How these Chemicals are contained, the safety lockers they are housed in and the Hazardous Communication Charts on the Chemical lockers are correct. In the Communication of Hazardous chemical Such as MinWAX oil Base Poly. Along w/Conducting inspections of any and All Spray Booths or Spray-Rooms. Conducting Clean air test and Ventilation Inspections and keeping a Log-Book w/details of inspections... Time, Date, Year; Air quality and having up to date Permits or License dealing w/state and Federal Clean Air Act... Most importantly reporting any and all violations of OSHA or EPA, Laws and Polcies... Lastly, Ensuring all inmates at U.S.P Lew. have Proper Personal. Protection. Equipment... P.P.E, When dealing w/hazardous chemicals... Such as MinWAX oil Base Poly.

3

# PARTIES

Defendant: Mr Newheart C.M.S., AW

Responsibility: Ensuring the safety of Staff and inmates while providing maintenance and up keep of U.S.P Lewisburg... Along w/supervision of all C.M.S staff and their activites in maintenance and upkeep of U.S.P Lew. Also having knowledge of any chemicals being sprayed in Any Booth or Room. What that Chemical is. And How Harmfull the chemical is to the person useing it... Having all proper paper work dealing w/OSHA and the E.P.A / state and Federal laws and polcies... Concerning spray booth or spray Room.. What chemical is being used and is that Person cleared by medical to do the work... Having an up to date Log Book concerning the Person or Persons cleared By Medical to work w/chemical Lastly, to Report Any And All violations of OSHA, EPA, Clean Air Act...

4

# PARTIES

Defendant: Mr. Hoffman Ass. AW. of C.M.S

Responsiblity: Ensuring the safety of Staff and inmates while Providing Maintenance and the Up-keep, of U.S.P. Lew... Along w/ supervision of all C.M.S Staff and their activites during Maintenance and the Up-keep of U.S.P Lew... Having records of All Chemicals kept in the C.M.S department. Along w/ records of all moneys Spent in and during Maintenance and Up-keep. Knowledge of any Chemical that is being Sprayed, Any Spray Booth or Room being used to spray chemical. Weather that chemical in question is harmful to the person useing it... Does the Person have P.P.E? Is the Person Cleared By Medical? Lastly To Report any And All Violations to Warden D. Ebbert and Correct issue at hand... If unable to Correct. Report it to OSHA, EPA or State or Federal athoryties...

5

# PARTIES

Defendant: G. Jones of GM-1 C.M.S

Responsibilty: Ensuring the safety of inmates under his supervision, along w/ maintenace and Building, Wood items for Warden D. Ebbert, U.S.P Lew, and Personal items for Staff... Such as desk, tables, cabnits, cornholers, deer mounts, hida Gun coffee tables and turkey calls and items for Warden D. Ebbert yearly Auction. Also ordering All Chemicals such as MinWAX oil Base Poly And Paint Sprayers used in the application of Chemical... G. Jones responsibal for having inmates cleared by medical to work in GM-1 Wood Shop. Also having inmates tested by medical to see if inmate can use Respirator or even be around Chemical while it is being sprayed... Most importantly giving Inmate proper P.P.E to do the job, along w/ keeping current log book and safety sheets, on all harmful Chemicals. To Report any misuse of chemicals To Warden D Ebbert to correct issue. If unable to report it to OSHA, EPA, or State or Federal Authorties of Violations conducted at U.S.P Lewisburg

Hampton Joshua #31575-161
Federal Institution of Corrections
2680 Hwy 301 South Jesup,
G.A. 31599



CERTIFIED MAIL

7018 2290 0001 1630 2961

RECEIVED
SCRANTON

↔31575-160↔
Federal Courthouse
235 N Washington AVE
Po.Box 1148
Scranton, PA 18503
United States

Legal Mail

7-9-19

Dear Clerk of Court...

Due, to the fact. that I the Claimant, Hampton. Have been mailing m/ case to this Address:

Ronald Reagan Fed. Building
228 Walnut Harrisburg
P.A 17108-9998

I need to know if you have Recieved m/ Completed USM-285 form That I Submitted for the Following Defendants:
Warden David J. Ebbert
Mr. Hoffman, Mr. Newheart, Mr. Hicks, Mr. Drick and Mr. G. Jones...

☐ yes    ☐ no