United States District Court
for
The middle district Court of P.A.

Joshua T Hampton  | 1:19-CV-0751
    Plaintiff     |
Vs.               | Hon. John E. Jones III
                  |
Warden David J. Ebbert |   FILED
et al., Deffendants    |   SCRANTON
                       |   OCT 04 2019

Per_____ [signature]
            CLERK

## Motion for Entery of new Elements @ Retailization

1. Did the Clerk of Court for the middle district Recieve this #7019 1120 0002 3679 6958 U.S. Postal Service Certified Envelop w/ Request for 60 Day Enlargment of time In-Side? B/c Plaintiff Hampton Did not Recieve, A Certificat of Service Filed By Scranton As of yet 9-26-19

2. Notice Plaintiff Has not Recieved Any stamped Certificate of Service.... For New Amendment As of it Being Filed As of Yet, U.S. Postal #7019 1120 0002 3679 7054

3. Can the Court please address this Issue..?

4. I do Have Stamped Receipt, so as to Provide Factual Evidence As it Being mailed In to the Court of Middle district of P.A

5. Enlargement of 60 Days 8-28-19

6. New Amendment 9-11-19

7. Once more: Plaintiff is Currently in the Shu Lock down Unit. 23 and 1. B/c Mr. Harrison Communicated Threat of Body Harm @ Death. Verifiable By SA. of S.S at F.C.I Jesup GA 31599 SA. C/O B. Thomass

8. Mr. Harrison is Currently Plaintiff's Unit Case Man.

9. B/c Plaintiff Reported Case Man. Harrison's verable Assualt. Lt. B. Brawley opend A file on Assault and Sent Plaintiff to medical. Medical then did an exam @ Report.

10. Plaintiff Then Explained, He feared for His life While under the Custody of F.C.I Staff and Administration.

11. B. Brawley Lt. Then sent Plantiff, too Shu, here at F.C.I Jesup.

12. While in shu Plaintiff Can Prove By Scurity Video and sworn Statements by 3, different Celly's: Cell mates That, Staff % @ Administration have been and are Still Retaliating aginst. Plaintiff. From Aug 8, 2019 till Current Sep 27, 2019

13. Plaintiff, Request court for Mercy And extention of Time: 60 day's due to the Actual Factual Truth and Proveable Issues Mentioned in this motion ... By Federal Scurity Video of Plaintiff's Cell's.. 203, 204, 205, 206. Plaintiff is currently still in shu 23@1 lock down Unit

14. Plaintiff, Is unable to Correctly Work his Case due to the fact of Being unable to spend Proper amounts of Time Researching Case law... And making Copy's ...

15. Also Being denied Right to make legal Calls to Scranton Clerk of Court. Per Plaintiff is "unable" to mail legal mail out due to the Fact that Custody Lt. Slawiensky is the only One who will Call mail Room...

16. True Affidavit and sworn statement By Billy Blasingim. Since 9-8-19 I have been Witness Too many atemps By Hampton Plaintiff to Make legal Calls and to send out legal mail through Lt. Slawiensky, Mr. Nash, Mr. Forsyth and Mr. Ortiz AW. Since I have Been his cell mate: I Billy Blasingim Understand that Pursuant to 28 U.S.C. §1746, I declare under Penalty of Perjury that the foregoing is true @ Correct.
    Executed on Sep. 27, 2019
    signature: Billy Blasyn
    # 45110074
    9-27-19

Hampton Joshua T
# 31575-160
Federal Inst. Correction
2680 Hwy 301 Jesup GA
31599

# Certificate of Service

Joshua T Hampton
    Plaintiff,

Vs

Warden David J. Ebbert,
et, al.

1:19-CV-0751

Hon. John E. Jones III

---

## Asking the Court

1. About U.S. Postal #7019 1120 0002 3679 6958
   Enlargement of 60 Day's

2. About U.S. Postal #7019 1120 0002 3679 7054
   New Amendment - ordered By Hon. Judge John E. Jones III

Hampton Joshua #3159751160
Federal Inst. Corrections
2680 Hwy 301 South Jesup GA
31599

JACKSONVILLE FL 320
30 OCT 2019 PM 4-L

FOREVER / USA

William J. Fed Building
235 N Washington Ave
Po Box 1148
Scranton, PA, 18501

RECEIVED
SCRANTON
OCT 04 2019
PER _____ DEPUTY CLERK

Legal Mail

Legal Mail

Legal Mail