# United States District Court for the Middle District of Pennsylvania

Joshua T Hampton
  Plaintiff

v.

Warden David J. Ebbert
et al., Defendants

Case # 1:19-CV-0751

Hon. Judge John Jones III

FILED
SCRANTON
MAR 27 2020
PER _____ /s/ _____
DEPUTY CLERK

## Motion: To Recover

A. Primary Physical Evidence from F.B.O.P. F.C.I Bennettsville Staff

B. Motion's Brief and supporting Rules of Evidence...

— Turn over Please —

United States District Court
For the Middle
District of Pennsylvaina

| | |
|---|---|
| Joshua T Hampton<br>Plaintiff<br>v.<br>Warden David. J. Ebbert<br>et al, Defendants | Case # 1:19-CV-0751<br><br>Hon. Judge John Jones III |

---

## Certificate of Service By Mail from Plaintiff,

Joshua T Hampton #31575-160 Po Box 52020 Bennettsville, S.C 29512. Motion and Brief To Recover Primary Evidence from F.B.O.P F.C.I Bennettsville Staff....

Date 3-21-2020



— Motion —

To Recover Primary Iteam of Evidence F.B.O.P Perscription len's. that were Altered By GWI-1 G. Jones and Plaintif... Along W/ Hand made Wood Bow's W/the inscription Husqvarna on the Right Bow.

Brief to follow

Rules of Evidence As Follows

1) Rule 104 (b) This apply's to the Altered F.B.O.P. Perscription len's. B/c on the bottom of the Right len's is a "lazer" Inscription "Husqvarna".

2. This Could only be done by GWI-1 G. Jones B/c the "lazer Printer" Is conected too the Staff Computer. That the defendant has to Place his I.D and Pass word into to use.

3. Rule 201 Judical notice (b) (c) (d) all apply to These F.B.O.P. Perscription lens and Wood Bow's. B/c Plaintiff Has Provided Pictures in Claim filed 5-3-2019. of himself W/these Hand made Glass On as work was Being

Preformed. Also during the Chemical Exposure.

4. Rule 402, Relevant Evidence generally admissible. It is Relevant evidence B/c G. Jones helped Provide a service to an Inmate, the Plaintiff...

5. Also, this Factual actual, Phisyical evidence. Proves Defendant G. Jones used F.B.O.P Gov. Property to Alter Plaintiff's F.B.O.P Issued perscription len's...

6. Their fore Breaking F.B.O.P Policy...

7. Further more the Bow's are "walnut" Hardwood "mapel" Hardwood That is sprayed w/ oil Base Minwax Poly. The Chemical In Question.

8. This Evidence also Proves G. Jones Defendant did not Respect the F.B.O.P Policy of Officer and Inmate Conduct...

— Turn over Please —

(4)

9. C/O Knight Confinscated F.B.O.P Perscription len's and Altered Bow's. On Feb. 8, 2020
10. After Plaintiff explained that they were approved eye were at U.S.P Lew and F.C.I Jesup, and that R&D at F.C.I Bennettsville. Allowed Plaintiff to keep them in his Possesion...
11. Bennettsville Hand Book Page 9 states any Contraband will Be confiscated "and Report Contraband found..."

— In Conclussion —

Plaintiff Request Court to order F.C.I Bennettsville to allow Plaintiff Hampton Joshua #31575-160 to Be given Back evidence or Have them F.C.I Bennettsville staff send evidence to Federal Clerk Po Box 1148, Scranton. P.A 18501 for submition of Phisycal Evidence. to this case

Submitted Joshua T Hampton #31575-160
Po Box 52020 Bennettsville
Bennettsville, S.C, 29512

Joshua T Hampton #31575-160
Federal Institution of Corrections
F.C.I Bennettsville PO Box 52020
Bennettsville, S.C. 29512

COLUMBIA SC 290
23 MAR 2020 PM 2 L

Legal Mail PBR

RECEIVED
SCRANTON
MAR 27 2020
DEPUTY CLERK

⇔31575-160⇔
William J Federal Building
PO BOX 1148
Clerk of Court
Scranton, PA 18501
United States

Legal mail