**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSHUA HAMPTON,** | : | **CIVIL ACTION NO. 1:19-CV-751** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **G. JONES and JESSIE AYERS,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 30th day of September, 2021, upon consideration of the report (Doc. 116) of Magistrate Judge Martin C. Carlson, recommending that the court grant defendants' motion to dismiss and for summary judgment, (see Doc. 97), concluding that plaintiff Joshua Hampton's claims under the Federal Tort Claims Act ("FTCA") fail as a matter of law, (see Doc. 116 at 12-16), that his Bivens claim for unconstitutional prison workplace conditions is a new Bivens context for which we should not apply a new Bivens remedy, (see id. at 20-21), and that, in any event, his Bivens claims for unconstitutional prison workplace conditions and for medical deliberate indifference fail on their merits, (see id. at 21-26), and defendants are entitled to qualified immunity, (see id. at 26-28), and the court observing that Hampton filed limited objections to the report purporting to challenge only the report's conclusion that his Bivens claims fail on their merits, (see Doc. 117), see also FED. R. CIV. P. 72(b)(2), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the

uncontested portions, id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court finding Judge Carlson's analysis to be well-reasoned and fully supported by the applicable law, in that several of Hampton's claims are legally barred and subject to dismissal, and in that Hampton has failed to establish a genuine dispute of material fact for trial as to the claims that are not legally barred, and the court further finding Hampton's limited objections to be without merit, it is hereby ORDERED that:

1. Magistrate Judge Carlson's report (Doc. 67) is ADOPTED.

2. Defendants' motion (Doc. 97) to dismiss and for summary judgment is GRANTED.

3. Hampton's FTCA claims are DISMISSED.

4. Judgment is ENTERED in favor of defendants and against Hampton on both Bivens claims.

5. The Clerk of Court shall CLOSE this case.

6. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania